**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Edward** | **Ledue** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Constance** | **Ellen** | **Ledue** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **19-70323-11**

☐ Check if this is an amended filing

Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

**1** 
Internal Revenue Service  
Creditor's name  
1000 Commerce Street  
Number  Street  
Mail Code 5028 DAL  

Dallas  TX  75242  
City  State  ZIP Code  

Contact  

Contact phone  

What is the nature of the claim? **Taxes**  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☑ None of the above apply  

Does the creditor have a lien on your property?  
☐ No  
☑ Yes. Total claim (secured and unsecured): $38,855.38  
Value of security – $0.00  
Unsecured claim: $38,855.38  

Unsecured claim: **$38,855.38**

**2**  
First Capital Bank  
Creditor's name  
2525 Kell Blvd  
Number  Street  

Wichita Falls  TX  76308  
City  State  ZIP Code  

Contact  

Contact phone  

What is the nature of the claim?  
As of the date you file, the claim is: Check all that apply.  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  
☑ None of the above apply  

Does the creditor have a lien on your property?  
☐ No  
☑ Yes. Total claim (secured and unsecured): $32,781.00  
Value of security – $0.00  
Unsecured claim: $32,781.00  

**$32,781.00**

Debtor 1  **Michael Edward Ledue**
Debtor 2  **Constance Ellen Ledue**     Case number (if known) __19-70323-11__

|  |  |  | Unsecured claim |
|---|---|---|---|
| **3** | **Internal Revenue Service** <br> Creditor's name <br> **1000 Commerce Street** <br> Number    Street <br> **Mail Code 5028 DAL** <br><br> **Dallas**    **TX**    **75242** <br> City    State    ZIP Code <br><br> Contact <br><br> Contact phone | What is the nature of the claim? **Taxes** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> Does the creditor have a lien on your property? <br> ☐ No <br> ☑ Yes. Total claim (secured and unsecured):   $18,834.02 <br>        Value of security    –    $0.00 <br>        Unsecured claim:    $18,834.02 | | $18,834.02 |
| **4** | **John Raines** <br> Creditor's name <br> **1707 Camden Way** <br> Number    Street <br><br> **Oklahoma City**    **OK**    **73116** <br> City    State    ZIP Code <br><br> Contact <br><br> Contact phone | What is the nature of the claim? **Signature Loan** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured): <br>        Value of security    – <br>        Unsecured claim: | | $17,000.00 |
| **5** | **Bank of America** <br> Creditor's name <br> **P. O. Box 9000** <br> Number    Street <br><br> **Getzville**    **NY**    **14068-9000** <br> City    State    ZIP Code <br><br> Contact <br><br> Contact phone | What is the nature of the claim? **Credit Card** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured): <br>        Value of security    – <br>        Unsecured claim: | | $10,900.00 |
| **6** | **Wichita County Taxing Authority** <br> Creditor's name <br> **P. O. Box 1471** <br> Number    Street <br><br> **Wichita Falls**    **TX**    **76307** <br> City    State    ZIP Code <br><br> Contact <br><br> Contact phone | What is the nature of the claim? **Property taxes** <br> As of the date you file, the claim is: Check all that apply. <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br> ☑ None of the above apply <br> Does the creditor have a lien on your property? <br> ☑ No <br> ☐ Yes. Total claim (secured and unsecured): <br>        Value of security    – <br>        Unsecured claim: | | $6,382.89 |

Debtor 1  **Michael Edward Ledue**
Debtor 2  **Constance Ellen Ledue**                                    Case number (if known) **19-70323-11**

|  |  | Unsecured claim |
|---|---|---|

### 7. Capital One Card Services
Creditor's name
**P. O. Box 71087**
Number    Street

**Charlotte**    **NC**    **28272**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**    **$6,031.06**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
       Value of security          — _____
       Unsecured claim:             _____

### 8. Bank of the West
Creditor's name
**P. O. Box 4024**
Number    Street

**Alameda**    **CA**    **94501**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **$5,756.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured):  **$22,756.00**
       Value of security        —  **$17,000.00**
       Unsecured claim:            **$5,756.00**

### 9. Navient
Creditor's name
**P. O. Box 9988**
Number    Street

**Wilkes Barre**    **PA**    **18773-9988**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Collecting**    **$4,868.20**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
       Value of security          — _____
       Unsecured claim:             _____

### 10. Capital One Card Services
Creditor's name
**P. O. Box 60599**
Number    Street

**City of Industry**    **CA**    **91716-0599**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**    **$3,750.65**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
       Value of security          — _____
       Unsecured claim:             _____

Debtor 1 **Michael Edward Ledue**
Debtor 2 **Constance Ellen Ledue**     Case number (if known) 19-70323-11

                                                         **Unsecured claim**

**11**   **Chase Card Services**     What is the nature of the claim?   **Credit Card**     $3,574.71
Creditor's name
**P. O. Box 6294**
Number   Street
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Carol Stream**   **IL**   **60197-6294**
City   State   ZIP Code
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

**12**   **Citi Cards/CitiBank**     What is the nature of the claim?   **Credit Card**     $3,140.52
Creditor's name
**P. O. Box 78045**
Number   Street
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Phoenix**   **AZ**   **85062**
City   State   ZIP Code
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

**13**   **Pilgrim Visa**     What is the nature of the claim?   **Credit Card**     $2,715.95
Creditor's name
**P. O. Box 569100**
Number   Street
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

**Dallas**   **TX**   **75356-9120**
City   State   ZIP Code
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

**14**   **Edward Jones-Cardmember Service**     What is the nature of the claim?   **Credit Card**     $2,652.28
Creditor's name
**P. O. Box 790048**
Number   Street
**Saint Louis, MO 63179-048**
As of the date you file, the claim is:   Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

City   State   ZIP Code
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):
       Value of security    −
       Unsecured claim:

Debtor 1 **Michael Edward Ledue**
Debtor 2 **Constance Ellen Ledue**     Case number (if known) **19-70323-11**

| | | | Unsecured claim |
|---|---|---|---|

**15** **Capital One Card Services**
Creditor's name
**P. O. Box 60599**
Number  Street

**City of Industry**  **CA**  **91716-0599**
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**     **$1,931.64**
As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security — _____
        Unsecured claim: _____

**16** **Wells Fargo Card Services**
Creditor's name
**P. O. Box 51193**
Number  Street

**Los Angeles**  **CA**  **90051-5493**
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**     **$926.46**
As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security — _____
        Unsecured claim: _____

**17** **Great Lakes Educational Loan**
Creditor's name
**2401 International Ln**
Number  Street

**Madison**  **WI**  **53704**
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Student Loan**     **$819.25**
As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security — _____
        Unsecured claim: _____

**18** **Wells Fargo Card Services**
Creditor's name
**P. O. Box 51193**
Number  Street

**Los Angeles**  **CA**  **90051-5493**
City  State  ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**     **$461.08**
As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security — _____
        Unsecured claim: _____

**Part 2:  Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X _____       X _____
Michael Edward Ledue, Debtor 1       Constance Ellen Ledue, Debtor 2

Date **11/25/2019**       Date **11/25/2019**
MM / DD / YYYY       MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:                                                                                CHAPTER  **11**
**Michael Edward Ledue**
**Constance Ellen Ledue**

DEBTOR(S)                                                            CASE NO  **19-70323-11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
|  |  |  |  |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12/9/2019                          Signature: /s/ Michael Edward Ledue
                                                                         *Michael Edward Ledue*

                                                                           /s/ Constance Ellen Ledue
                                                                           *Constance Ellen Ledue*