**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Michael** | **Edward** | **Ledue** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Constance** | **Ellen** | **Ledue** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known)  **19-70323-11**

☐ Check if this is an amended filing

Official Form 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

### Part 1: List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

Unsecured claim

**1**  **Internal Revenue Service**
Creditor's name
**1000 Commerce Street**
Number    Street
**Mail Code 5028 DAL**

**Dallas**   **TX**   **75242**
City    State   ZIP Code

Contact

Contact phone

What is the nature of the claim?  **Taxes**   $38,855.38
As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):  $38,855.38
          Value of security   —   $0.00
          Unsecured claim:   $38,855.38

**2**  **First Capital Bank**
Creditor's name
**2525 Kell Blvd**
Number    Street

**Wichita Falls**   **TX**   **76308**
City    State   ZIP Code

Contact

Contact phone

What is the nature of the claim?     $32,781.00
As of the date you file, the claim is:  Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes.  Total claim (secured and unsecured):  $32,781.00
          Value of security   —   $0.00
          Unsecured claim:   $32,781.00

Debtor 1 **Michael Edward Ledue**
Debtor 2 **Constance Ellen Ledue**  Case number (if known) __19-70323-11__

|   |   |   | Unsecured claim |
|---|---|---|---|

**3** **Internal Revenue Service**
Creditor's name
**1000 Commerce Street**
Number     Street
**Mail Code 5028 DAL**

**Dallas**     **TX**     **75242**
City     State     ZIP Code

Contact

Contact phone

What is the nature of the claim? __Taxes__     **$18,834.02**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☐ No
☑ Yes. Total claim (secured and unsecured): $18,834.02
         Value of security     —     $0.00
         Unsecured claim:     $18,834.02

**4** **John Raines**
Creditor's name
**1707 Camden Way**
Number     Street

**Oklahoma City**     **OK**     **73116**
City     State     ZIP Code

Contact

Contact phone

What is the nature of the claim? __Signature Loan__     **$17,000.00**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): 
         Value of security     —
         Unsecured claim:

**5** **Bank of America**
Creditor's name
**P. O. Box 9000**
Number     Street

**Getzville**     **NY**     **14068-9000**
City     State     ZIP Code

Contact

Contact phone

What is the nature of the claim? __Credit Card__     **$10,900.00**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):
         Value of security     —
         Unsecured claim:

**6** **Wichita County Taxing Authority**
Creditor's name
**P. O. Box 1471**
Number     Street

**Wichita Falls**     **TX**     **76307**
City     State     ZIP Code

Contact

Contact phone

What is the nature of the claim? __Property taxes__     **$6,382.89**
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured):
         Value of security     —
         Unsecured claim:

Debtor 1 **Michael Edward Ledue**
Debtor 2 **Constance Ellen Ledue**     Case number (if known) __19-70323-11__

                                                             **Unsecured claim**

**7** **Capital One Card Services**
Creditor's name
P. O. Box 71087
Number    Street

Charlotte    NC    28272
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? __Credit Card__     **$6,031.06**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security    − _____
        Unsecured claim: _____

**8** **Bank of the West**
Creditor's name
P. O. Box 4024
Number    Street

Alameda    CA    94501
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? _____     **$5,756.00**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured): **$22,756.00**
        Value of security    − **$17,000.00**
        Unsecured claim: **$5,756.00**

**9** **Navient**
Creditor's name
P. O. Box 9988
Number    Street

Wilkes Barre    PA    18773-9988
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? __Collecting__     **$4,868.20**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security    − _____
        Unsecured claim: _____

**10** **Capital One Card Services**
Creditor's name
P. O. Box 60599
Number    Street

City of Industry    CA    91716-0599
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? __Credit Card__     **$3,750.65**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply
Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured): _____
        Value of security    − _____
        Unsecured claim: _____

Debtor 1 **Michael Edward Ledue**
Debtor 2 **Constance Ellen Ledue**     Case number (if known) 19-70323-11

Unsecured claim

**11** **Chase Card Services**
Creditor's name
**P. O. Box 6294**
Number    Street

**Carol Stream**    **IL**    **60197-6294**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**     $3,574.71
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
Value of security — _____
Unsecured claim: _____

**12** **Citi Cards/CitiBank**
Creditor's name
**P. O. Box 78045**
Number    Street

**Phoenix**    **AZ**    **85062**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**     $3,140.52
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
Value of security — _____
Unsecured claim: _____

**13** **Pilgrim Visa**
Creditor's name
**P. O. Box 569100**
Number    Street

**Dallas**    **TX**    **75356-9120**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**     $2,715.95
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
Value of security — _____
Unsecured claim: _____

**14** **Edward Jones-Cardmember Service**
Creditor's name
**P. O. Box 790048**
Number    Street
**Saint Louis, MO 63179-048**

City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim? **Credit Card**     $2,652.28
As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
Value of security — _____
Unsecured claim: _____

Official Form 104     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 4

Debtor 1 **Michael Edward Ledue**
Debtor 2 **Constance Ellen Ledue**     Case number (if known) **19-70323-11**

Unsecured claim

**15** **Capital One Card Services**
Creditor's name
**P. O. Box 60599**
Number    Street

**City of Industry**    **CA**    **91716-0599**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**     **$1,931.64**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
      Value of security    − _____
      Unsecured claim: _____

**16** **Wells Fargo Card Services**
Creditor's name
**P. O. Box 51193**
Number    Street

**Los Angeles**    **CA**    **90051-5493**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**     **$926.46**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
      Value of security    − _____
      Unsecured claim: _____

**17** **Great Lakes Educational Loan**
Creditor's name
**2401 International Ln**
Number    Street

**Madison**    **WI**    **53704**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Student Loan**     **$819.25**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
      Value of security    − _____
      Unsecured claim: _____

**18** **Wells Fargo Card Services**
Creditor's name
**P. O. Box 51193**
Number    Street

**Los Angeles**    **CA**    **90051-5493**
City    State    ZIP Code

Contact

Contact phone

What is the nature of the claim?    **Credit Card**     **$461.08**
As of the date you file, the claim is:    Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply
Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured): _____
      Value of security    − _____
      Unsecured claim: _____

## Part 2: Sign Below

Under penalty of perjury, I declare that the information provided in this form is true and correct.

**X** **/s/ Michale Edward Ledue**      **X** **/s/ Constance Ellen Ledue**
Michael Edward Ledue, Debtor 1      Constance Ellen Ledue, Debtor 2

Date **11/25/2019**      Date **11/25/2019**
MM / DD / YYYY      MM / DD / YYYY

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:  
**Michael Edward Ledue**  
**Constance Ellen Ledue**

CHAPTER **11**

DEBTOR(S)

CASE NO **19-70323-11**

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

I declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: 12/9/2019      Signature: /s/ Michael Edward Ledue  
**Michael Edward Ledue**

/s/ Constance Ellen Ledue  
**Constance Ellen Ledue**