3:44 PM
12/18/19
Accrual Basis

# M.E. Ledue Properties / M.E. Ledue Construction
## Balance Sheet
### As of December 18, 2019

|  | Dec 18, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| DIP Account | 862.50 |
| **Total Checking/Savings** | 862.50 |
| **Accounts Receivable** | |
| Accounts Receivable | 30,628.72 |
| **Total Accounts Receivable** | 30,628.72 |
| **Other Current Assets** | |
| Undeposited Funds | 1,834.00 |
| **Total Other Current Assets** | 1,834.00 |
| **Total Current Assets** | 33,325.22 |
| **TOTAL ASSETS** | **33,325.22** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| Accounts Payable | 3,255.68 |
| **Total Accounts Payable** | 3,255.68 |
| **Total Current Liabilities** | 3,255.68 |
| **Long Term Liabilities** | |
| **Notes Payable** | |
| USCU - Quads -76719-19 | 149,386.40 |
| **Total Notes Payable** | 149,386.40 |
| **Total Long Term Liabilities** | 149,386.40 |
| **Total Liabilities** | 152,642.08 |
| **Equity** | |
| Opening Bal Equity | -276,185.56 |
| Owners Draw/Equity | 258,538.68 |
| Retained Earnings | 561,283.32 |
| Net Income | 23,879.79 |
| **Total Equity** | 567,516.23 |
| **TOTAL LIABILITIES & EQUITY** | **720,158.31** |

3:49 PM
12/18/19

# M.E. Ledue Properties / M.E. Ledue Construction
## Statement of Cash Flows
### January 1 through December 18, 2019

|  | Jan 1 - Dec 18, 19 |
|---|---:|
| **OPERATING ACTIVITIES** | |
| Net Income | 23,879.79 |
| Adjustments to reconcile Net Income to net cash provided by operations: | |
| Accounts Receivable | 16,539.21 |
| Accounts Payable | 2,588.66 |
| **Net cash provided by Operating Activities** | 43,007.66 |
| **INVESTING ACTIVITIES** | |
| Shareholder Loan | -787.00 |
| **Net cash provided by Investing Activities** | -787.00 |
| **FINANCING ACTIVITIES** | |
| Notes Payable:FNB of WF - 9th St. | -5,940.00 |
| Notes Payable:Property Tax Loan | -27,200.13 |
| Notes Payable:USCU - Quads -76719-19 | 24,339.83 |
| Owners Draw/Equity | -3,250.00 |
| **Net cash provided by Financing Activities** | -12,050.30 |
| **Net cash increase for period** | 30,170.36 |
| **Cash at beginning of period** | 6,546.96 |
| **Cash at end of period** | **36,717.32** |

# M.E. Ledue Properties / M.E. Ledue Construction
## Profit & Loss
### January 1 through December 18, 2019

|  | Jan 1 - Dec 18, 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Fee Income | 110.00 |
| Rental | 65,478.00 |
| Sales | 13,650.36 |
| **Total Income** | 79,238.36 |
| **Gross Profit** | 79,238.36 |
| **Expense** | |
| Automobile Expense | 50.00 |
| Bank Service Charges | 152.00 |
| Cleaning Service | 411.35 |
| Contract Labor | 1,312.50 |
| Filing Fees | 376.00 |
| HVAC | 486.44 |
| Insurance | 4,023.25 |
| Interest Expense | |
|   Finance Charge | 6.25 |
|   Loan Interest | 3,420.75 |
| **Total Interest Expense** | 3,427.00 |
| Lawn Service | 290.00 |
| Reconciliation Discrepancies | -200.00 |
| Repairs | |
|   Building Repairs | 764.80 |
|   Equipment Repairs | 350.75 |
|   Plumbing | 666.83 |
| **Total Repairs** | 1,782.38 |
| Supplies | |
|   Office | 48.90 |
| **Total Supplies** | 48.90 |
| Taxes | |
|   Property | 11,864.49 |
| **Total Taxes** | 11,864.49 |
| Utilities | |
|   Electric | 1,356.48 |
|   Water | 7,493.57 |
|   Utilities - Other | 21.00 |
| **Total Utilities** | 8,871.05 |
| **Total Expense** | 32,895.36 |
| **Net Ordinary Income** | 46,343.00 |
| **Other Income/Expense** | |
| **Other Expense** | |
|   Bad Debt | 22,463.21 |
| **Total Other Expense** | 22,463.21 |
| **Net Other Income** | -22,463.21 |
| **Net Income** | **23,879.79** |