

**M.E. Ledue Properties**
2214 Seymour Hwy. Wichita Falls, TX 76301 • 940-723-8515

December 18, 2019

To Whom It May Concern:

We do not have a "Statement of Operations."

_____
M.E. Ledue
By Connie Ledue

1