3:49 PM

12/18/19

# M.E. Ledue Properties / M.E. Ledue Construction
## Statement of Cash Flows
### January 1 through December 18, 2019

|  | Jan 1 - Dec 18, 19 |
|---|---|
| **OPERATING ACTIVITIES** |  |
| Net Income | 23,879.79 |
| Adjustments to reconcile Net Income |  |
| to net cash provided by operations: |  |
| Accounts Receivable | 16,539.21 |
| Accounts Payable | 2,588.66 |
| Net cash provided by Operating Activities | 43,007.66 |
| **INVESTING ACTIVITIES** |  |
| Shareholder Loan | -787.00 |
| Net cash provided by Investing Activities | -787.00 |
| **FINANCING ACTIVITIES** |  |
| Notes Payable:FNB of WF - 9th St. | -5,940.00 |
| Notes Payable:Property Tax Loan | -27,200.13 |
| Notes Payable:USCU - Quads -76719-19 | 24,339.83 |
| Owners Draw/Equity | -3,250.00 |
| Net cash provided by Financing Activities | -12,050.30 |
| Net cash increase for period | 30,170.36 |
| Cash at beginning of period | 6,546.96 |
| Cash at end of period | 36,717.32 |