B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

Northern & Eastern District of Texas

In re Michael E. & Constance E. Ledue  Case No. 19-70323-hdh11
_Debtor_

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: November  Date filed: 12-20-19

Line of Business: Rental Properties / Construction  NAISC Code: 531110 / 236118
  531120 / 236220

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_/s/ Constance Ledue_
Original Signature of Responsible Party

Constance Ledue
Printed Name of Responsible Party

**Questionnaire:** (All questions to be answered on behalf of the debtor.)

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☑ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | ☑ | ☐ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☐ N/A | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☐ | ☑ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☐ | ☑ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☑ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☑ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☑ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☐ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☑ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☑ | ☐ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☑ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☑ | ☐ |

B 25C (Official Form 25C) (12/08)

| | | | |
|---|---|---|---|
| 14. | HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | ☐ | ☑ |
| 15. | DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | ☐ | ☑ |
| 16. | HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | ☐ | ☑ |
| 17. | HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? | ☐ | ☑ |
| 18. | HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | ☐ | ☑ |

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☑ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL INCOME $ 1903.00

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 2966.61

Cash on Hand at End of Month $ 2321.34

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU    TOTAL $ 4224.34

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

TOTAL EXPENSES $ 2598.27

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)*   $ 1903.00

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)*   $ 2598.27

*(Subtract Line C from Line B)*   **CASH PROFIT FOR THE MONTH**   $ -695.27



# M.E. Ledue Construction
# M.E. Ledue Properties

PO Box 3813 • Wichita Falls, TX 76301 • mledue@gmail.com • 940-723-8515

December 20, 2019

**SMALL BUSINESS MONTHLY OPERATING REPORT**

Re: "Taxes", Pg 2

Our 2018 tax return has not been filed. An extension has been filed for this return. We hope to have this filed by the end of January.

We do not anticipate owing any taxes.

Constance Ledue

M.E. Ledue Properties — Monthly Income
M.E. Ledue Construction — November

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Date | Rec'd From: | Memo | Amount | Balance |
| 2 |  | Beginning Balance |  |  | $2,966.61 |
| 3 | 4-Nov | C Bryant | Rent | $570.00 | $3,536.61 |
| 4 | 4-Nov | C Hooper | Rent | $200.00 | $3,736.61 |
| 5 | 5-Nov | T Hansboro | Rent | $6.00 | $3,742.61 |
| 6 | 5-Nov | R Bellamy | Rent | $590.00 | $4,332.61 |
| 7 | 5-Nov | B DeLucia | Rent | $144.00 | $4,476.61 |
| 8 | 5-Nov | T Hansboro | Rent | $181.00 | $4,657.61 |
| 9 | 5-Nov | J Smith | Rent | $212.00 | $4,869.61 |
| 10 |  |  |  |  |  |
| 11 |  |  | Month's Total | $1,903.00 |  |
| 12 |  |  |  |  |  |
| 13 |  |  |  |  |  |
| 14 |  |  |  |  |  |
| 15 |  |  |  |  |  |
| 16 |  | Income minus Expenses |  | -$695.27 | $2,271.34 |

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Date Pd. / Clr'd | Paid To: | Purpose | Amount | Balance |
| 2 | 10-31 / 11-7 | First Nat'l Bank | 1915-1917 9th St. loan payment | $495.00 | $495.00 |
| 3 | 11-1 / 11-4 | Cirro Electric | 2210 5th St. #1; elec is included in his rent | $113.43 | $608.43 |
| 4 | 11-1 / 11-4 | WF Water Dept. | Oct. bill - 2210 5th St, 2209 4th St, 403 Polk St. | $586.84 | $1,195.27 |
| 5 | 11-4 / 11-8 | Eric Wilford | Moving Expenses | $207.50 | $1,402.77 |
| 6 | 11-4 / 11-8 | Shawn Titus | Moving Expenses | $107.50 | $1,510.27 |
| 7 | 11-Nov | Eric Wilford | Moving Expenses | $120.00 | $1,630.27 |
| 8 | 11-Nov | Shawn Titus | Moving Expenses | $60.00 | $1,690.27 |
| 9 | 14-Nov | Connie Ledue | household expenses | $100.00 | $1,790.27 |
| 10 | 27-Nov | WF Water Dept. | Nov. bill - 2210 5th St, 2209 4th St, 403 Polk St. | $600.00 | $2,390.27 |
| 11 | 28-Nov | Connie Ledue | household expenses | $200.00 | $2,590.27 |
| 12 | 29-Nov | Pilgrim Bank | Service charge | $8.00 | $2,598.27 |
| 13 |   |   |   |   |   |
| 14 |   |   |   |   |   |
| 15 |   |   |   |   |   |
| 16 |   |   |   |   |   |

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL PAYABLES** $ 0

*(Exhibit D)*

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL RECEIVABLES** $ 10,125.62

*(Exhibit E)*

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?   0

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?   0

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 7,500.00

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 7,500.00

*NON-BANKRUPTCY RELATED:*

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD? $ 0

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE? $ 0

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | Bill Date | Debtor | Purpose | Amount | Date Due |
| 2 | 1-Nov | Chris Hooper | Rent | $560.00 | 5-Nov |
| 3 | 1-Oct | Chris Hooper | Rent | $560.00 | 5-Oct |
| 4 | 1-Sep | Chris Hooper | Rent | $560.00 | 5-Sep |
| 5 | 1-Aug | Chris Hooper | Rent | $500.00 | 5-Aug |
| 6 | 1-Nov | Kathy Hooper | Rent | $520.00 | 5-Nov |
| 7 | 1-Oct | Kathy Hooper | Rent | $520.00 | 5-Oct |
| 8 | 1-Sep | Kathy Hooper | Rent | $324.57 | 5-Sep |
| 9 | 26-Nov | Truity Construction | Inv 53254: Materials | $5,019.00 | 15-Jan |
| 10 |  | Jose Pineda | Back Rent | $1,562.05 |  |
| 11 |  |  |  |  |  |
| 12 |  |  |  |  |  |
| 13 |  |  | Total Receivables | $10,125.62 |  |
| 14 |  |  |  |  |  |
| 15 |  |  |  |  |  |



**PILGRIM BANK**

2401 S JEFFERSON AVE
MT PLEASANT, TX 75455
877-303-3111

Toll Free 877-303-3111
www.pilgrimbank.com
Member FDIC

**FINANCIAL SERVICES STATEMENT**

Northeast TX Region   Panhandle - North Central TX Region
Pittsburg              Wellington    Iowa Park
Mt Pleasant            Clarendon     Wichita Falls
Sulphur Springs        Vernon        Holliday
Decatur                Electra       Windthorst

| INTEREST RECEIVED TO DATE | CUSTOMER NUMBER plgpt |
|---|---|
|  | 8903662 |
| INTEREST TO DATE | FROM DATE    TO DATE |
|  | 10/31   11/29/2019 |
| SSN | PAGE   1 |

MICHAEL LEDUE
DBA M E LEDUE PROPERTIES
PO BOX 3813
WICHITA FALLS      TX 76301-0813

Please examine your statement at once and report any discrepancy within ten days. See reverse side for important information.

```
****** SIMPLE BUSINESS          ******#   8903662 PREVIOUS BALANCE       1,322.61
Date    Debits / Credits         Description
11/01          1,644.00 WICHITA FALLS HO        HAP PMT         ACH DEPOSIT
11/04            820.00 DEPOSIT
11/04    113.43         USR ElectricBill        0391D           ACH DEBIT
11/05          1,133.00 DEPOSIT                                 #       1228
11/29      8.00         SERVICE CHG

   NUMBERED CHECKS
    #   Date......Amount         #   Date......Amount         #   Date......Amount
   2731 11/05       586.84      2732 11/08       107.50      2733 11/05       207.50
   2734 11/07       495.00      2735 11/14       120.00      2736 11/14        60.00
   2737 11/15     3,200.00

   DAILY BALANCE INFORMATION
  Date........Balance          Date........Balance          Date........Balance
  11/01      2,966.61          11/04      3,673.18          11/05      4,011.84
  11/07      3,516.84          11/08      3,409.34          11/14      3,229.34
  11/15         29.34          11/29         21.34
```

| ACCOUNT | PREVIOUS BALANCE | TOTAL DEBITS | | TOTAL CREDITS | | FEE | CLOSING BALANCE | ENCL |
|---|---|---|---|---|---|---|---|---|
|  |  | NUM | AMOUNT | NUM | AMOUNT |  |  |  |
| CHECKING | 1,322.61 | 8 | 4,890.27 | 3 | 3,597.00 | 8.00 | 21.34 | 9 |

B 25C (Official Form 25C) (12/08)

## PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected | Actual | Difference |
|-------------|-----------|--------|------------|
| INCOME      | $         | $      | $          |
| EXPENSES    | $         | $      | $          |
| CASH PROFIT | $         | $      | $          |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH: $ \_\_\_\_\_

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH: $ \_\_\_\_\_

## ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

3:15 PM
12/20/19
Accrual Basis

# M.E. Ledue Properties / M.E. Ledue Construction
## Balance Sheet
### As of November 30, 2019

|  | Nov 30, 19 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| CLOSED - Pilgrim | 1,850.34 |
| **Total Checking/Savings** | 1,850.34 |
| **Accounts Receivable** | |
| Accounts Receivable | 29,131.72 |
| **Total Accounts Receivable** | 29,131.72 |
| **Other Current Assets** | |
| Undeposited Funds | 750.00 |
| **Total Other Current Assets** | 750.00 |
| **Total Current Assets** | 31,732.06 |
| **TOTAL ASSETS** | **31,732.06** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Long Term Liabilities** | |
| **Notes Payable** | |
| FNB of WF - 9th St. | 8,711.66 |
| Property Tax Loan | 11,726.76 |
| USCU - Quads -76719-19 | 149,386.40 |
| USFCU-14th St. - 76719-40 | 61,945.51 |
| **Total Notes Payable** | 231,770.33 |
| **Total Long Term Liabilities** | 231,770.33 |
| **Total Liabilities** | 231,770.33 |
| **Equity** | |
| Retained Earnings | 557,710.62 |
| Net Income | 19,970.50 |
| **Total Equity** | 577,681.12 |
| **TOTAL LIABILITIES & EQUITY** | **809,451.45** |

# M.E. Ledue Properties / M.E. Ledue Construction
## Profit & Loss
### November 4 - 30, 2019

|  | Nov 4 - 30, 19 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| Fee Income | 89.67 |
| Rental | 4,457.33 |
| **Total Income** | 4,547.00 |
| **Gross Profit** | 4,547.00 |
| **Expense** | |
| Bank Service Charges | 8.00 |
| Contract Labor | 495.00 |
| **Total Expense** | 503.00 |
| **Net Ordinary Income** | 4,044.00 |
| **Net Income** | **4,044.00** |