

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed May 5, 2020**

_____
**United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**WICHITA FALLS DIVISION**

| | | |
|---|---|---|
| IN RE: | § § | |
| MICHAEL EDWARD LEDUE and | § | CASE NO. 19-70323-HDH-11 |
| CONSTANCE ELLEN LEDUE | § | HEARING DATE: JUNE 17, 2020 |
| | § | HEARING TIME: 10:00 A.M. |
| Debtors | § | CHAPTER 11 |

## ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT AND SETTING HEARING FOR FINAL APPROVAL AND PLAN CONFIRMATION
**(Related Document #44 )**

IT IS ORDERED that the hearing on the final approval of Debtors' disclosure statement and confirmation of Debtors' First Amended Plan of Reorganization ("Plan") is set for June 17, 2020 at 10:00A.M. in Room 216A, US Post Office and Courthouse, 1000 Lamar Street, Wichita Falls, Texas.

IT IS FURTHER ORDERED that June 1, 2020, at 5:00 P.M. is set as the date that ballots for accepting or rejecting the Plan and objections to confirmation of the Plan must be filed with the United States Bankruptcy Court Clerk at 1100 Commerce Street, Room 1254, Dallas, Texas

75242-1496 with a copy to Debtors' counsel at 900 8th Street, Suite 320, Wichita Falls, Texas 76301, lenbiz@rlklaw.net.

IT IS FURTHER ORDERED that Debtors' Disclosure Statement, included with the Plan, is conditionally approved.

# # # END OF ORDER # # #

Approved by:

/s/ Erin Schmidt
   Erin Schmidt
   Trial Attorney
   United States Trustee Office

Prepared by:

John A. Leonard, Esquire
**LEONARD, KEY & KEY, PLLC**
900 Eighth Street -- Suite 320
Post Office Box 8385
Wichita Falls, Texas  76307-8385
Telephone:     940-322-5217
Facsimile:     940-322-3381
Attorneys for Debtors