John A. Leonard, Esquire
**LEONARD, KEY & KEY PLLC**
900 Eight Street, Suite 327
Post Office Box 8385
Wichita Falls, Texas 76307-8385
Telephone: 940/322-5217
Facsimile: 940/322-3381
E-mail:lenbiz@rlklaw.net
Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MICHAEL EDWARD LEUE and | § | CASE NO. 19-70323-HDH-11 |
| CONSTANCE ELLEN LEDUE | § | |
| | § | |
| Debtors | § | CHAPTER 11 |

**DEBTORS' MODIFICATION OF FIRST AMENDED PLAN**
**(Related Document #44)**

Dated: June 8, 2020                Filed by: Debtors

Michael Edward Ledue and Constance Ellen Ledue, Debtors, hereby modify their First Amended Plan of Reorganization dated May 4, 2020, and makes the following clarifications and modifications with respect to the treatment of the claim of Class 6, First National Bank, as follows:

I.

Class 6 is modified by the following:
CLASS SIX: First National Bank
The secured portion of this claim, $15,000.00, will be paid over 20 years with interest at 4.5%. First National Bank will retain its lien on the property.
The unsecured portion of this claim will be paid pursuant to the terms of Class 7.

II.

This modification does not chenge the terms of payments to any other creditors.

WHEREFORE, Michael Edward Ledue and Constance Ellen Ledue, Debtors, request that the Court enter an order approving modification of the Debtors' First Amended Plan for the treatment of the Class 6 creditor, First National Bank, and they request general relief.

Respectfully submitted,

John A. Leonard
**LEONARD, KEY & KEY, PLLC.**
900 Eighth Street – Suite 320
P.O. Box 8385
Wichita Falls, Texas 76301
Telephone: (940) 322-5217
Telecopier: (940) 322-3381
E-mail: lenbiz@rlklaw.net

By: /s/ John A. Leonard
John A. Leonard
State Bar No. 12209600
Attorneys for Debtor

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing Debtor's Modification of Plan was sent this 8th day of June, to:

| | |
|---|---|
| United States Trustee | ECF |
| Allpersons filing a notice of appeatance | ECF |
| Twenty largest unsecured creditors | First Class Mail |

/s/ John A. Leonard
John A. Leonard